UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH P., | ) | CIVIL ACTION NO. 4:23-CV-1011 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED that:

(1) The Commissioner's continuing disability review decision is REVERSED.

(2) This case will be REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in Plaintiff's favor.

Date: May 19, 2025                                BY THE COURT

                                                  *s/William I. Arbuckle*
                                                  William I. Arbuckle
                                                  U.S. Magistrate Judge